Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000033
16-JUL-2013
11:03 AM

CAAP-13-0000033

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FEDERAL LAND BANK ASSOCIATION OF HAWAI'I, FLCA,
Plaintiff-Appellee,
v.
Morton E. BASSAN, JR., also known as MORTON BASSAN, JR.
and as MORTON BASSAN, and KEIKO BASSAN, Defendants-Appellants,
and
CITRUS MANAGEMENT SERVICES, INC., ORCHARD SERVICES, INC.,
BANK OF HAWAI'I, STATE OF HAWAI'I, acting by and through its
Department of Agriculture, HAWAII ELECTRIC LIGHT COMPANY, INC.,
Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 05-1-0193)


ORDER OF CORRECTION
(By: Foley, J.)

The Order Granting Plaintiff-Appellee's Motion to Dismiss, filed on May 29, 2013, is hereby corrected as follows:

1.   On page 2, paragraph 1, in line 14, the reference to "CAAP-12-0000886" is corrected to read "CAAP-12-0000866".

2.   On page 2, paragraph 3, in line 31, the reference to "CAAP-12-0000886" is corrected to read "CAAP-12-0000866".

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawai'i, July 16, 2013.

Associate Judge